# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2334
_____

TIMOTHY CUDD,

   Appellant,

v.

DANIELLE ARANA,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Sean Brewer, Judge.

August 27, 2024

PER CURIAM.

   AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy Cudd, pro se, Appellant.

Danielle Arana, pro se, Appellee.

Adriane M. Isenberg, the Law Office of Adriane M. Isenberg, PA, Gainesville, for Appellee.